**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GUSTAVO DELACRUZ, <br><br> Petitioner, <br><br> v. <br><br> STU SHERMAN, Warden, <br><br> Respondent. | Case No.: 1:19-cv-00850-NONE-JLT (HC) <br><br> ORDER DISREGARDING MISCELLANEOUS MOTION <br><br> (Doc. 22) |

On June 15, 2020, Petitioner filed a "motion to consider state remedies futile and exhausted while considering cognizable federal issues." (Doc. 22.) However, the motion includes nonsensical statements, and the Court has issued findings and recommendations granting Respondent's motion to dismiss for failure to exhaust. (Doc. 20.) Therefore, Petitioner's motion is hereby DISREGARDED.

IT IS SO ORDERED.

Dated: **July 10, 2020**             **/s/ Jennifer L. Thurston**
                                                        UNITED STATES MAGISTRATE JUDGE

1